AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

RICHARD A. RAMEY
AKA TONY RAMEY

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1681-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 12, 2004__ in __Hudson, MA and elsewere__ county, in the _____ District of __MASSACHUSETTS__ defendant(s) did, (Track Statutory Language of Offense) through the use of a telephone or other instrument of interstate commerce, or in or affecting interstate commerce, wilfully make a threat and maliciously convey false information knowing the same to be false, concerning an attempt and alleged attempt being made, and to be made, unlawfully to damage and destroy any building by means of fire and explosive

in violation of Title __18__ United States Code, Section(s) __844(e)__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
                                    Official Title
facts:

See Affidavit of FBI Special Agent John F. Van Kleeff

Continued on the attached sheet and made a part hereof: [ ] Yes  [ ] No

Signature of Complainant
John F. Van Kleeff
Special Agent, FBI

Sworn to before me and subscribed in my presence,

__2-25-4__  at  Boston, Massachusetts
Date                                       City and State

Charles B. Swartwood, III
U.S. Magistrate Judge
Name & Title of Judicial Officer       Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.