AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2004 MAR -8  A 8: 36
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

RICHARD A. RAMEY
AKA TONY RAMEY

**WARRANT FOR ARREST**

CASE NUMBER: 04-1681-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RICHARD A. RAMEY AKA TONY RAMEY
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
through the use of a telephone or other instrument of interstate commerce, or in or affecting interstate commerce, willfully making a threat and maliciously conveying false information knowing the same to be false, concerning an attempt and alleged attempt being made, and to be made, unlawfully to damage and destroy any building by means of fire and explosive

in violation of Title 18 United States Code, Section(s) 844(e)

Charles B. Swartwood, III
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

2-25-04 @ Boston, MA.
Date and Location

Bail fixed at $ _____    by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at   Worcester, MA |

| DATE RECEIVED 3/5/04 | NAME AND TITLE OF ARRESTING OFFICER John F. Van Kleeff Special Agent - FBI | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 3/5/04 | | |

This form was electronically produced by Elite Federal Forms, Inc.