AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

─────────── DISTRICT OF ───────────

UNITED STATES OF AMERICA

v.

*Richard Ramey*

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 04-1681-CBS

I, *Richard Ramey*, charged in a (complaint) (petition) pending in this District with *threats to destroy* in violation of Title *18*, U.S.C., *844(e)*, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

*[signature]*
Defendant

3/24/04
Date

*[signature]*
Counsel for Defendant